JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
JACOB H. OPERSKALSKI
Assistant United States Attorney
Nevada Bar No. 14746
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-5063
Email: Jacob.Operskalski@usdoj.gov
*Representing the United States of America*

FILED

JUN 0 2 2023

US DISTRICT COURT
DISTRICT OF NEVADA

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY LEWIS HAMELIN,<br>a.k.a. TONY HAMELIN<br><br>Defendant. | CRIMINAL COMPLAINT<br><br>Case No.: 2:23-mj-00475-NJK<br><br>Violation:<br><br>Count One<br><br>18 U.S.C. § 115(a)(1)(A) – Influencing, impeding, or retaliating against a Federal official by threatening a family member |

BEFORE the United States Magistrate Judge, Las Vegas, Nevada, the undersigned complainant, being duly sworn, deposes and states:

## COUNT ONE

That on or about June 1, 2023, in the District of Nevada,

**ANTHONY LEWIS HAMELIN,**

the defendant herein, unlawfully, willfully, and knowingly, threatened to assault, kidnap, or murder a member of the immediate family of a United States official with intent to impede, intimidate, or interfere with such official while engaged in the performance of official duties, or with intent to retaliate against such official on account of the performance of official duties in violation of Title 18, United States Code, Section 115(a)(1)(A).

Complainant, Special Agent Stacey Conner, states the following as and for probable cause:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the United States Capitol Police ("USCP"), where I have served since 2008. I am currently assigned to the Intelligence and Interagency Coordination Division and am a Task Force Officer with the FBI Joint Terrorism Task Force in Washington D.C. I have completed hundreds of hours of training in numerous areas of law enforcement investigation and techniques. In the course of my employment as a Special Agent with the USCP, I have received training regarding the application for and execution of both search and arrest warrants. I have received training in assessing and managing individuals who have communicated threats and engaged in behaviors associated with targeted violence.

2. This affidavit is made in support of a criminal complaint charging Anthony Lewis HAMELIN (hereinafter "HAMELIN") with a violation of Title 18, United States Code, Section 115(a)(1)(A). Title 18, United States Code, Section 115(a)(1)(A) makes it a crime to threaten to assault, kidnap, or murder a member of the immediate family of a United States official with intent to impede, intimidate, or interfere with such official while engaged in the performance of official duties, or with intent to retaliate against such official on account of the performance of official duties.

3. The facts and information contained in this affidavit are based upon my direct participation in this investigation and based upon facts as relayed to me by other law enforcement officers pertaining to this investigation. This affidavit is submitted for the limited purpose of establishing probable cause for the charged offense. As a result, I have not included each and every fact known to me regarding this matter.

## PROBABLE CAUSE

4. On or about June 2, 2023, at approximately 03:05 a.m. (EST), US Capitol Police Command Center received a report regarding a threat made to a family member of a United States official by an unknown male subject, subsequently identified as HAMELIN, via a voicemail.

5. At approximately 11:56 p.m. (PST) on June 1, 2023, HAMELIN used his cellular phone to call the cellular phone device of J.M., the spouse of a member of the United States House of Representatives, K.M. HAMELIN left a voicemail message on J.M.'s phone, threatening to kill their son, C.M. HAMELIN's voicemail included the following statements directed at C.M.:

> I know where you work, I know who your coworkers are. I'm in Las Vegas and I'm coming your way. So I told your father I'm coming, and I told your father about the law of unintended consequences . . . . And needless to say, unfortunately, you're the undeserving consequence of his deserving punishment. It's nothing personal. But when you see me, you'll know. You'll know, and you'll know that even though it's my hand, your father killed you.

6. An online database search regarding the phone number utilized to contact J.M. showed an active account with MetroPCS (service carrier), and T-Mobile as the custodian of records.

7. Law enforcement officials obtained subscriber information and toll records for the phone number utilized to contact J.M., which were provided by T-Mobile following an emergency disclosure request made pursuant to 18 U.S.C. Section 2702(c)(4).

8. A review of T-Mobile records revealed the beginning of service date as May 1, 2023, with the sole account subscriber name as Tony HAMELIN. Tony Hamelin is a known alias for HAMELIN according to law enforcement records and HAMELIN's Wisconsin driver's license.

9. A further review of the phone records provided by T-Mobile confirmed the threatening call made by HAMELIN to J.M.'s phone. Those records also confirm that the location of the device (HAMELIN's cell phone) was located in Las Vegas, Nevada.

10. On or about June 2, 2023, at approximately 1100 hours (PDT), in Las Vegas, Nevada, HAMELIN was placed under arrest by Las Vegas Metropolitan Police officers. I subsequently made contact with HAMELIN. After being advised of my identity and the nature of the interview, HAMELIN waived his rights, and voluntarily agreed to speak with me. During this interview, HAMELIN admitted calling and leaving the threatening voicemail, and also admitted sending multiple threatening messages to J.M. Additionally, HAMELIN stated that his intention was to travel with the purpose of carrying out his threats.

\\

\\

\\

\\

\\

**CONCLUSION**

11. Based on the foregoing, I respectfully submit that there is probable cause to believe that HAMELIN did threaten an immediate family member of a United States Official with intent to impede, intimidate, or interfere with the official while engaged in the performance of official duties, or with intent to retaliate against such official on account of the performance of official duties, in violation of Title 18, United States Code, Section 115(a)(1)(A).

_____
SPECIAL AGENT STACEY CONNER

SUBSCRIBED and SWORN to before me this 2nd day of June, 2023.

_____
HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE