JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
JACOB H. OPERSKALSKI
Assistant United States Attorney
Nevada Bar No. 14746
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-5063
Email: Jacob.Operskalski@usdoj.gov
*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY LEWIS HAMELIN,<br>a.k.a. TONY HAMELIN,<br><br>Defendant. | CRIMINAL INDICTMENT<br><br>Case No.: 2:23-cr-0111-GMN-DJA<br><br>**VIOLATIONS:**<br><br>18 U.S.C. § 115(a)(1)(A)<br>Influencing, impeding, or retaliating against a Federal official by threatening a family member<br><br>18 U.S.C. § 875(c)<br>Transmitting a Communication Containing a Threat to Injure |

**THE GRAND JURY CHARGES THAT:**

<u>COUNT ONE</u>
(Influencing, impeding, or retaliating against a Federal official by threatening a family member)

On or about June 1, 2023, in the District of Nevada,

**ANTHONY LEWIS HAMELIN,**
**a.k.a. TONY HAMELIN,**

FILED / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD
JUN 13 2023
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

the defendant herein, threatened to murder C.M., a member of the immediate family of K.M., a Member of Congress, with intent to impede, intimidate, and interfere with K.M. while engaged in the performance of official duties, and with intent to retaliate against K.M. on account of the performance of official duties, in violation of Title 18, United States Code, Section 115(a)(1)(A).

### COUNT TWO
(Transmitting a Communication Containing a Threat to Injure)

On or about June 1, 2023, in the District of Nevada,

**ANTHONY LEWIS HAMELIN,**
**a.k.a. TONY HAMELIN,**

the defendant herein, knowingly transmitted in interstate commerce from Nevada to California, a telephone communication containing a threat to injure C.M., specifically, the defendant threatened to kill C.M. in violation of Title 18, United States Code, Section 875(c).

DATED: this 13th day of June, 2023.

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

JASON M. FRIERSON
United States Attorney

JACOB H. OPERSKALSKI
Assistant United States Attorney