RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Anthony Lewis Hamelin

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTHONY LEWIS HAMELIN,<br><br>    Defendant. | Case No. 2:23-cr-00111-GMN-DJA<br><br>**Defendant's Sentencing Memorandum**[1] |

Pursuant to a plea agreement, Mr. Hamelin pled guilty to one count of influencing, impeding, or retaliating against a federal official by threatening a family member and one count of transmitting a communication containing a threat to injure. ECF No. 42 at 5, ¶¶2-3. He respectfully moves the Court to follow the plea agreement and impose the jointly recommended sentence of 46 months per count, concurrent, which represents a low-end guideline sentence. ECF No. 42 at 21, ¶106. He asks the Court to follow his custodial sentence with three years of supervised release.

---

[1] This memorandum is timely filed.

The PSR correctly reflects Mr. Hamelin's total offense level as 23 and his criminal history category as I, producing a guideline range of 46-57 months. ECF No. 42 at 26. The probation officer agrees with the parties' recommendation of a low-end guidelines sentence. *Id.*

Mr. Hamelin is mentally ill. He has suffered from bipolar disorder for decades. The offense conduct here, and in his similar prior offenses, was a product of his mental illness. He is hopeful that his mental health treatment will continue in the BOP, and his time spent on supervised release will allow him to access the supports he needs to manage his care successfully in the future.

Mr. Hamelin is indigent. On his release from prison, he will rely on social security benefits. Since, at the time of filing, the government has provided no itemized list if expenses incurred by the victim in this case, Mr. Hamelin asks the Court to impose restitution in the nominal sum of $100.00. *See* ECF No. 42 at 31. He also asks that his payment of restitution be capped at 10% of any income earned during incarceration and/or gross income while on supervision. *See* ECF No. 42 at 27.

## II.   Conclusion

Mr. Hamelin respectfully asks the Court to sentence him to 46 months in custody followed by three years' supervised release.

Dated: June 3, 2024.

RENE L. VALLADARES<br>
Federal Public Defender<br>
<br>
By:   */s/ Joanne L. Diamond*<br>
JOANNE L. DIAMOND<br>
Assistant Federal Public Defender<br>
Attorney for Anthony Lewis Hamelin

2