JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
JACOB OPERSKALSKI
Assistant United States Attorney
Nevada Bar No. 14743
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Jacob.Operskalski@usdoj.gov
*Attorneys for United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:23-cr-00111-GMN-DJA |
| Plaintiff, | **Addendum to Government Sentencing Memorandum and Response to Defendant's Memorandum** |
| v. | |
| ANTHONY LEWIS HAMELIN, A.K.A. TONY HAMELIN, | |
| Defendant. | |

The United States of America, through undersigned counsel, hereby seeks to amend a mistake in the Government Sentencing Memorandum and Response to Defendant's Memorandum, ECF No. 44. The memorandum accurately, and repeatedly, stated that the government is seeking a sentence of 46 months in accordance with the plea agreement. However, on line 21 of page 4 of the memorandum, undersigned counsel mistakenly wrote that a sentence of "just over 4 years" will accomplish a goal of sentencing. ECF No. 44 at 4. That was a mistake and should have read "just *under* 4 years . . . ."

\\

\\

\\

The government is advocating for a sentence consistent with the plea agreement: 46 months.  Undersigned counsel apologizes for the miscalculation.

DATED: June 5, 2024

JASON M. FRIERSON
United States Attorney
District of Nevada

*/s/ Jacob Operskalski*
JACOB OPERSKALSKI
Assistant United States Attorney