UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>ANTHONY LEWIS HAMELIN,<br><br>　　　　　　　Defendant. | Case No.: 2:23-cr-00111-GMN-DJA<br><br>**ORDER STRIKING MOTION TO THE COURT (ECF No. 80)** |

　　　　Pending before the Court is the Motion to the Court (ECF No. 80) ("Motion") filed by Defendant Anthony Lewis Hamelin. Here, despite being represented by counsel, Defendant filed a pro se motion seeking modification of the terms of his supervised release. Under Local Rule IA 11-6(a), "a party who has appeared by attorney cannot while so represented appear or act in the case." LR IA 11-6(a). Local Rule IA 11-6(a) "prevents parties represented by counsel from filing documents pro se." *United States v. Lay*, No. 2:19-cr-00206-KJD-VCF, 2024 WL 2092001, at *1 (D. Nev. May 9, 2024) (citing *United States v. Alva*, No. 2:14-cr-023-GMN-NJK, 2016 WL 11645518, at *1 (D. Nev. June 29, 2016)). Therefore, because Defendant is still represented by counsel, and was at the time he filed the Motion, his pro se filing directly violates the Court's local rules.

　　　　Accordingly, **IT IS HEREBY ORDERED** that Defendant's Motion (ECF No. 80) be **STRIKEN** from the docket.

　　　　Dated this __22__ day of September, 2025.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Gloria M. Navarro, District Judge
　　　　　　　　　　　　　　　　　　　　　　　United States District Court