# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Anthony Lewis Hamelin,<br><br>Defendant. | Case No. 2:23-cr-00111-GMN-DJA<br><br>**Order** |

Before the Court is Defendant Anthony Lewis Hamelin's motion for copies. (ECF No. 84). However, the Court ordinarily cannot provide free copies, even to indigent litigants. *See Jackson v. Philson*, No. 3:20-cv-00009-GMN-CLB, 2020 WL 9888358, at \*1 (D. Nev. Sept. 28, 2020). Additionally, the docket reflects that Hamelin is represented by the Federal Public Defender's Office. So, Hamelin should contact his counsel for any documents that he seeks.

**IT IS THEREFORE ORDERED** that Hamelin's motion for copies (ECF No. 84) is **denied.** Hamelin should contact his counsel to obtain the documents he seeks. The Clerk of Court is kindly directed to send a copy of this order to Hamelin at the below address:

Anthony Lewis Hamelin, #03061-025
Victorville Medium II Federal Correctional Institution
Inmate Mail/Parcels
P.O. Box 3850
Adelanto, CA 92301

DATED: December 10, 2025

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE